**No. 58194.**—Indian Sales Corp. and Indian Motocycle Company *v.* United States, protests 213547–K and 189282–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of speedometers and parts thereof similar in all material respects to those the subject of *Industrial Operations, Inc.* v. *United States* (30 Cust. Ct. 82, C. D. 1500), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, JUNE 17, 1954

**No. 58195.**—The Old Quaker Co. et al. *v.* United States, protests 124067–K, etc. (Indianapolis).

Opinion by EKWALL, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 58196.**—Joseph S. Finch & Co. et al. *v.* United States, protests 124734–K, etc. (Pittsburgh).

Opinion by EKWALL, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 58197.**—Quon Quon Company *v.* United States, protests 156735–K, 171441–K, and 184080–K (Los Angeles).

Opinion by EKWALL, J.   In accordance with stipulation of counsel that the articles in question consist of trays, brass iron trays, and/or silent butlers the same in all material respects as those involved in *Ignaz Strauss & Co., Inc.* v. *United States* (9 Cust. Ct. 342, C. D. 710), *The Fan Co.* v. *United States* (25 Cust. Ct. 42, C. D. 1261), and *Ignaz Strauss & Co., Inc.* v. *United States* (28 Cust. Ct. 280, C. D. 1423), the claim of the plaintiff was sustained.